UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARDIT COMA,
     Plaintiff,
v.                                Case No.: 6:26-cv-00766-GAP-RMN

CITY OF ORMOND BEACH,
FLORIDA, and SERGEANT CALEB
BRAUN, in his individual capacity,
     Defendants.
_____/

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff, ARDIT COMA, through undersigned counsel, files this Response to the Court's July 14, 2026 Order to Show Cause, and states:

1.  On July 14, 2026, the Court entered an Order directing Plaintiff to show cause why the Complaint should not be dismissed for failure to timely serve Defendants pursuant to Federal Rule of Civil Procedure 4(m).

2.  Defendants City of Ormond Beach, Florida, and Sergeant Caleb Braun were served with process on July 1, 2026.

3.  Plaintiff has now filed the executed returns of service reflecting service upon both Defendants.

4.  Defendants were served on July 1, 2026, within the 90-day period under Rule 4(m). The delay in filing the returns of service was due to the process server's delay in providing the executed returns to Plaintiff's counsel.

5.  Accordingly, Plaintiff respectfully submits that service has been completed and requests that the Court discharge the Order to Show Cause and permit this action to proceed.

WHEREFORE, Plaintiff respectfully requests that the Court accept this Response, discharge the Order to Show Cause, and grant such further relief as the Court deems appropriate.

Respectfully submitted,

/s/ Anthony F. Sabatini
ANTHONY F. SABATINI
Florida Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
1601 E. 1st Ave.
Mount Dora, Florida 32757
Telephone: (352) 455-2928
Lead Counsel for Plaintiff

/s/ Gavin B. Rollins
GAVIN B. ROLLINS, ESQ.
Florida Bar No. 1064417
gavin@sabatinilegal.com
SABATINI LAW FIRM, P.A.
1601 E. 1st Avenue
Mount Dora, Florida 32757
Telephone: (352) 328-4892
Co-Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July 2026, a true and correct copy of the foregoing was filed through the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

/s/ *Anthony F. Sabatini*
ANTHONY F. SABATINI